This is to advise that on June 13, 2007

Judge Richard K. Eaton

Issued CONFIDENTIAL Slip Opinion 07-95

In action

Ct. No. 04-00597

Jinfu Trading Co., Ltd.,
(Plaintiff,)

v.

United States,
(Defendant,)

and

American Honey Producers
Association and Sioux Honey
Association,
(Defendant-Intervenors.)